UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FARMERS NEW WORLD LIFE INSURANCE COMPANY,**

        Plaintiff,

  v.

**JEANNETTE LUCILLE NUNES, ET AL.,**

        Defendants.

No. **2:24-CV-03016-TLN-CSK**

**ORDER TO DISBURSE FUNDS, AND FOR DISCHARGE AND DISMISSAL WITH PREJUDICE**

THIS CAUSE, having come before the Court on Plaintiff Farmers New World Life Insurance Company's **unopposed** motion for entry of an order of discharge, attorneys' fees, and dismissal with prejudice (the "Motion," Docket No. 17), and for good cause shown, the Motion is hereby **GRANTED**. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. Plaintiff Farmers New World Life Insurance Company has established all of the requirements for interpleader relief pursuant to 28 U.S.C. § 1335 and Fed. R. Civ. P. 22.

2. Farmers New World Life Insurance Company is hereby discharged from any and all liability to Jeannette Lucille Nunes, Michael Anthony Espinosa, Alexandera Lucille Espinosa, Julien Christopher Espinosa, and The Estate of Vitaliy A. Zaytsev, and to any person, firm, estate, corporation,

or entity on account of or in any way related to Farmers New World Life Insurance Company life insurance policy number 002864812 issued to the late Vitaliy A. Zaytsev and/or related to the handling or processing of any claims made under Farmers New World Life Insurance Company life insurance policy number 002864812 issued to the late Vitaliy A. Zaytsev.

3. Pursuant to 28 U.S.C. § 2361, Jeannette Lucille Nunes, Michael Anthony Espinosa, Alexandera Lucille Espinosa, Julien Christopher Espinosa, and The Estate of Vitaliy A. Zaytsev, and each of their respective attorneys, representatives, successors, assigns, and heirs are hereby permanently enjoined from instituting or prosecuting against Farmers New World Life Insurance Company any proceeding in any state or United States Court or administrative tribunal relating to the benefits due under Farmers New World Life Insurance Company life insurance policy number 002864812 issued to the late Vitaliy A. Zaytsev and/or related to the handling or processing of any claims made under Farmers New World Life Insurance Company life insurance policy number 002864812 issued to the late Vitaliy A. Zaytsev.

4. Farmers New World Life Insurance Company is hereby awarded $6,000 from the principal amount on deposit for this case in the Disputed Ownership Fund (DOF) of the Court Registry Investment System (CRIS) as reimbursement for its reasonable attorneys' fees and costs incurred in this action. The Clerk of Court is hereby directed to disburse $6,000 from the amount on deposit for this case in the DOF of the CRIS to Bressler, Amery & Ross, P.C., c/o Randi Perry Spallina, 515 E. Las Olas Boulevard, Suite 800, Fort Lauderdale, FL 33301 as Attorneys for Farmers New World Life Insurance Company.

5. Plaintiff Farmers New World Life Insurance Company is hereby **DISMISSED WITH PREJUDICE** from this action. Defendants Jeannette Lucille Nunes, Michael Anthony Espinosa, Alexandera Lucille Espinosa, Julien Christopher Espinosa, and The Estate of Vitaliy A. Zaytsev shall remain parties to this action to resolve their competing claims to the death benefit payable under Farmers

New World Life Insurance Company life insurance policy number 002864812 issued to the late Vitaliy A. Zaytsev.

**IT IS SO ORDERED.**

DATED: February 19, 2025

Troy L. Nunley
Chief United States District Judge