1  BRUCE C. FUNK (SBN 122340)
2  Law Office of Bruce C. Funk
   46 West Santa Clara Street
3  San Jose, California 95113
   Telephone: (408) 280-6488
4  Facsimile: (408) 286-3139
   Email: bcfunkesq@aol.com
5
6  Attorney for Defendants,
   Alexandera Espinosa and Julien Espinosa
7
8
9
10                  UNITED STATES DISTRICT COURT
11                  EASTERN DISTRICT OF CALIFORNIA
12

| 13 | FARMERS NEW WORLD LIFE INSURANCE COMPANY, | CASE NO.:  2:24-CV-03016-TLN |
|---|---|---|
| 14 | | |
| 15 | Plaintiff, | **ORDER OF DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANTS ALEXANDERA LUCILLE ESPINOSA AND JULIEN CHRISTOPHER ESPINOSA** |
| 16 | v. | |
| 17 | JEANNETTE LUCILLE NUNES, MICHAEL ANTHONY ESPINOSA, ALEXANDERA LUCILLE ESPINOSA, JULIEN CHRISTOPHER ESPINOSA, and THE ESTATE OF VITALIY A. ZAYTSEV, by and through its Administrator DANOUTA SHELIGA-TOPCHIAN, | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | Defendants. | |

23   Considering the Stipulation for Dismissal of Action with Prejudice as to Defendants
24  Alexandera Lucille Espinosa and Julien Christopher Espinosa filed by Defendants Alexandera
25  Lucille Espinosa, Julien Christopher Espinosa, and The Estate of Vitaliy A. Zaytsev, by and
26  through its Administrator Danouta Sheliga-Topchian (collectively "Defendants") the Court
27  finds, adjudges and orders as follows:
28   The Court dismisses the action with prejudice as to Defendants Alexandera Lucille

1 | Espinosa and Julien Christopher Espinosa.

3 |     IT IS SO ORDERED.

5 | Dated: November 14, 2025

                                      Troy L. Nunley
                                      Chief United States District Judge